ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| L-3 Communications Integrated Systems, L.P. ) | ASBCA Nos. 60713, 60714, 60716 |
| ) | 61297, 61298 |
| Under Contract No. FA8620-06-G-4002 *et al.* ) | |

APPEARANCES FOR THE APPELLANT:     Karen L. Manos, Esq.
                                   Erin N. Rankin, Esq.
                                     Gibson Dunn & Crutcher LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
                                     DCMA Chief Trial Attorney
                                   Samuel W. Morris, Esq.
                                   Amelia R. Lister-Sobotkin, Esq.
                                     Trial Attorneys
                                     Defense Contract Management Agency
                                     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: August 6, 2019

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60713, 60714, 60716, 61297, 61298, Appeals of L-3 Communications Integrated Systems, L.P., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals